UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23816-CMA

RENZO BARBERI,

        Plaintiff,

v.

LA CASA DEL SABOR INC., a Florida Profit Corporation and LIMOGES ENTERPRISES N.V. INC., a Florida Profit Corporation,

        Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, RENZO BARBERI, and Defendants, LA CASA DEL SABOR INC. and LIMOGES ENTERPRISES N.V. INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this.

Respectfully submitted this December 15, 2023.

| | |
|---|---|
| /s/ *Alberto R. Leal* | /s/ *Anthony J. Perez* |
| ALBERTO R. LEAL | ANTHONY J. PEREZ |
| Florida Bar No. 1002345 | Florida Bar No. 535451 |
| ALBERTO R. LEAL, P.A. | GARCIA-MENOCAL & PEREZ, P.L. |
| 8927 Hypoluxo Rd. #157 | 350 Sevilla Avenue, Suite 200 |
| Lake Worth, Florida 33467 | Coral Gables, Florida 33134 |
| Telephone: (954) 637-1868 | Telephone: (305) 553- 3464 |
| Email:  albertolealesq@gmail.com | Email:  ajperez@lawgmp.com |
| *Counsel for Plaintiff* | *Counsel for Defendant,  LA CASA DEL SABOR INC.* |

>*/s/ Richard J. Caldwell*
> RICHARD J. CALDWELL
> *Florida Bar No. 825654*
> LAW OFFICES OF RICHARD J. CALDWELL, P.A.
> *66 West Flagler Street, Suite #601*
> *Miami, Florida 33130*
> *Telephone (305) 529-1040*
> *Email: richard@caldwell.legal*
> *Attorneys for LIMOGES ENTERPRISES N.V. INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 15, 2023.

> Respectfully submitted,
>
> **GARCIA-MENOCAL & PEREZ, P.L.**
> *Attorneys for Defendant*
> 350 Sevilla Avenue, Suite 200
> Coral Gables, Florida 33134
> Phone: (305) 553-3464
> Primary E-Mail: ajperez@lawgmp.com
> Secondary E-Mail: bvirues@lawgmp.com; jreyes@lawgmp.com
>
> By: */s/ Anthony J. Perez*
>      ANTHONY J. PEREZ